ROBERT K. STAFFORD, Appellant, Impleaded with Another, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent, Impleaded with Others.

(Submitted October 3, 1932; decided October 11, 1932.)

*B. F. Norris* for motion.
*Robert E. McLear* opposed.

Motion denied, with ten dollars costs, on the ground that the appeal may be taken as of right because of the modification of judgment below.